UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
*********************************************************************************************

In re:

Buehring Farms LLC            Court File No. 21-30283 (WJF)

      Debtor(s).

*********************************************************************************************
**ORDER FOR TELEPHONIC STATUS CONFERENCE**
*********************************************************************************************

At Saint Paul, Minnesota

    A Status Conference in this matter shall be convened on **_September 14, 2021 at 3:00 p.m._** The conference will be held telephonically before Judge William J. Fisher. Please use the following dial-in instructions.

1. Dial 1-888-684-8852
2. When prompted, enter ACCESS CODE: 5988550
3. When prompted, enter SECURITY CODE: 0428

BY THE COURT:

DATED: *September 13, 2021*

/e/ William J. Fisher
_____
WILLIAM J. FISHER
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/13/2021*
Tricia Pepin, Clerk, by KN