UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

****

In re:

Buehring Farms, LLC,                                          Case No. 21-30283

                    Debtor.                                   Chapter 12

****

**ORDER CONTINUING HEARING**

****

At Saint Paul, Minnesota
September 16, 2021.

    Confirmation of the Chapter 12 Plan and the Motion for Relief from Stay at docket number [28] are currently set for hearing on September 16, 2021. The parties have filed a stipulation to continue the hearings and participate in settlement negotiations.

    IT IS HEREBY ORDERED THAT the hearings are CONTINUED until September 29, 2021 at 11:00 a.m.

BY THE COURT:

/e/ William J. Fisher

DATED: September 16, 2021

_____
WILLIAM J. FISHER
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/16/2021*
Tricia Pepin, Clerk, by KN