# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Buehring Farms, LLC,　　　　　　　　　　Case No. 21-30283 (WJF)

　　　　　Debtor.　　　　　　　　　　　　Chapter 12

## ORDER CONFIRMING FOURTH MODIFIED CHAPTER 12 PLAN

　　　The Debtor filed a Fourth Modified Plan of Reorganization on October 21, 2021 [Dkt. No. 75]. The Court has determined the Fourth Modified Plan satisfies the requirements for confirmation set forth in 11 U.S.C. § 1225.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Fourth Modified Plan filed by the Debtor on October 21, 2021 and dated October 21, 2021, is confirmed.

2. The Court hereby retains jurisdiction to make such other or further orders as may be necessary or appropriate to effectuate the Fourth Modified Plan and this order.

3. Except as otherwise ordered by the Court, all nonexempt property of the estate shall remain property of the estate until the Court orders dismissal or conversion of the case or discharge of the Debtor.

4. The clerk shall mail copies of this order to all creditors and other parties in interest.

**BY THE COURT:**

Dated: *November 10, 2021*　　　　　　/e/ William J. Fisher
　　　　　　　　　　　　　　　　　　　――――――――――――――――――
　　　　　　　　　　　　　　　　　　　William J. Fisher
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/10/2021*
Tricia Pepin, Clerk, by EM